## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SUSIE CARROLL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 17-CV-13848 |
| ) | |
| **COMENITY BANK,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER GRANTING STIPULATED MOTION TO ORDER ARBITRATION AND STAY COURT PROCEEDINGS AND ADMINISTRATIVELY CLOSE CASE

THIS CAUSE came before the Court for consideration of the Stipulated Motion to Order Arbitration and Stay Court Proceedings (the "Stipulated Motion") filed by Defendant, COMENITY BANK ("Defendant") and Plaintiff, Susie Carroll ("Plaintiff"). Based on the Stipulated Motion and the agreement of the parties, it is

**ORDERED, ADJUDGED and DECREED as follows:**

1. The Stipulated Motion is hereby **GRANTED**.

2. This action, and all claims alleged herein, shall be stayed in its entirety, including the deadline to set mediation, to file a notice of mediation, all discovery and/or other deadlines issued in this case and/or stated in the Federal Rules of Civil Procedure, and this Court's local rules of practice.

3. Plaintiff shall submit her claims to binding arbitration, as required by the Agreement.

4. Should the parties resolve this dispute, the parties shall file a joint notice of dismissal promptly thereafter.

31089449 v2

5.  The Court administratively closes the case.

SO ORDERED.

Dated: February 8, 2018       s/Mark A. Goldsmith
Detroit, Michigan       MARK A. GOLDSMITH
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 8, 2018.

     s/Karri Sandusky
     Case Manager

Copies to: Counsel of Record

*/s/ Samuel A. Morris*
Samuel A. Morris  (P76766)
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
T:  (615) 724-3258
F:   (615) 724-3358
smorris@burr.com

*Counsel for Defendant*
COMENITY BANK

*/s/ (with consent)Yitzchak Zelman*
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
T: (732) 695-3282
F: (732) 298-6256
yzelman@marcuszelman.com
Attorney for Plaintiff

Case 2:17-cv-13848-MAG-DRG   ECF No. 7   filed 02/08/18   PageID.29   Page 3 of 3